Certificate Number: 03088-ILN-DE-033984352

Bankruptcy Case Number: 19-35897



03088-ILN-DE-033984352

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 21, 2020, at 11:50 o'clock PM CST, Latoya C Silas completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   January 21, 2020     By:   /s/Doug Tonne

Name:   Doug Tonne

Title:   Counselor