UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RE: LATOYA C SILAS | | ) Case No. 19 B 35897 |
| | | ) |
| | Debtor | ) Chapter 13 |
| | | ) |
| | | ) Judge: DONALD R CASSLING |

### NOTICE OF MOTION

LATOYA C SILAS                                                              DAVID M SIEGEL
                                                                             via Clerk's ECF noticing procedures

3927 W 115TH PL #2
ALSIP, IL 60803

Please take notice that on April 22, 2021 at 9:15 am., I will appear before the Honorable Judge DONALD R CASSLING or any judge sitting in the judge's place, present the motion set forth below.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL 60603 or by the methods indicated on March 05, 2021.

                                                                                  /s/ M.O. Marshall

### TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes M.O. Marshall, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On December 20, 2019 the Debtor filed a petition under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan was confirmed on March 12, 2020.

    A summary of the debtor's plan payments follows:

    | | |
    |---|---|
    | Monthly Payment $425.00 | Last Payment Received: 12/09/2020 |
    | Amount Paid $4,600.00 | Amount Delinquent $1,300.00 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to § 1307 (c) (6).

                                                                          Respectfully submitted,
M.O. MARSHALL                                                             /s/ M.O. Marshall
CHAPTER 13 TRUSTEE
55 East Monroe, Suite 3850
Chicago, IL 60603
(312) 294-5900